956 So.2d 618 (2007)
Brenda JINRIGHT
v.
Dr. Cynthia GLASS, Dr. George Linder, Houma Outpatient Surgery Center, Doctor's Hospital, ABC Insurance Company, DEF Insurance Company, GHI Insurance Company.
No. 2007-C-0570.
Supreme Court of Louisiana.
May 4, 2007.
*619 In re Jinright, Brenda;  Plaintiff; Applying for Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. C, No. 617-742; to the Court of Appeal, Fifth Circuit, No. 06-CA-888.
Denied.